BROWNSTEIN HYATT FARBER SCHRECK
100 City Parkway, Suite 1600
Las Vegas, Nevada 89106
(702) 382-2101

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS HEALTH AND WELFARE TRUST; TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS JOINT PENSION TRUST; TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS VACATION TRUST; AND TRUSTEES OF THE SOUTHERN NEVADA LABORERS LOCAL 872 TRAINING TRUST,<br><br>Plaintiffs,<br><br>vs.<br><br>PROJECT DEVELOPMENT GROUP, INC., a Pennsylvania corporation, and GREAT AMERICAN INSURANCE,<br><br>Defendants. | CASE NO. 2:08-cv-00448-LRH-PAL<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR PLAINTIFFS TO FILE OPPOSITION TO MOTION TO DISMISS**<br><br>**[First Request]** |

Plaintiffs, Trustees of the Construction Industry and Laborers Health and Welfare Trust; Trustees of the Construction Industry and Laborers Joint Pension Trust; Trustees of the Construction Industry and Laborers Vacation Trust; and Trustees of the Southern Nevada Laborers Local 872 Training Trust (collectively referred to as "Laborers Joint

20052\198\1156580.1                                  1

1  Trust Funds") and Defendant, Project Development Group, Inc., a Pennsylvania
2  corporation ("Project Development") by and through their counsel hereby stipulate and
3  agree to the following:

4      WHEREAS, the due date for Laborers Joint Trust Funds to file their opposition to
5  Defendants' Motion to Dismiss is currently May 19, 2008;

6      WHEREAS, the Laborers Joint Trust Funds' counsel needs additional time to
7  prepare the Laborers Joint Trust Funds' opposition due to personal and professional
8  commitments;

9      NOW, THEREFORE, the parties stipulate and request an order giving the Laborers
10  Joint Trust Funds an additional eight (8) days in which to file their opposition to Project
11  Development's Motion to Dismiss.  This extension is not sought for an improper purpose
12  or to delay.
13  ///
14  ///
15  ///
16  ///

BROWNSTEIN HYATT FARBER SCHRECK
100 City Parkway, Suite 1600
Las Vegas, Nevada 89106
(702) 382-2101

Accordingly, the Laborers Joint Trust Funds shall have up and through May 27, 2008, in which to file their opposition to Project Development's Motion to Dismiss.

DATED this 19th day of May, 2008.

BROWNSTEIN HYATT FARBER SCHRECK, LLP

 /s/ Michael V. Infuso
Andrew S. Brignone, Esq.
Nevada Bar No. 751
Michael V. Infuso, Esq.
Nevada Bar No. 7388
100 City Parkway, Suite 1600
Las Vegas, Nevada 89106
Telephone:  (702) 382-2101
Facsimile:   (702) 382-8135

Attorneys for Plaintiffs

DATED this 19th day of May, 2008.

COHEN & GRIGSBY, P.C.

 /s/ Nancy L. Heilman
Nancy L. Heilman, Esq.
Pennsylvania Bar No. 51121
11 Stanwix Street, 15th Floor
Pittsburg, PA 15222-1319
Telephone: (412) 297-4900
Facsimile: (412) 209-0672

Attorneys for Project Development Group

**ORDER**

**IT IS SO ORDERED.**

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

DATED:  May 20, 2008
Case No. 2:08-cv-00448-LRH-PAL

20052\198\1156580.1                                          3