UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS HEALTH AND WELFARE TRUST; TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS JOINT PENSION TRUST; TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS VACATION TRUST; AND TRUSTEES OF THE SOUTHERN NEVADA LABORERS LOCAL 872 TRAINING TRUST,<br><br>Plaintiffs,<br><br>vs.<br><br>PROJECT DEVELOPMENT GROUP, INC., a Pennsylvania corporation; and GREAT AMERICAN INSURANCE,<br><br>Defendants. | CASE 2:08-cv-00448-LRL (PAL)<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR GREAT AMERICAN INSURANCE COMPANY TO FILE A RESPONSIVE PLEADING** |

   IT IS HEREBY STIPULATED by and between Plaintiffs, Trustees Of The Construction Industry And Laborers Health And Welfare Trust; Trustees Of The Construction Industry And Laborers Joint Pension Trust; Trustees Of The Construction Industry And Laborers Vacation Trust; And Trustees Of The Southern Nevada Laborers Local 872 Training Trust, by and through its counsel, Michael V. Infuso, Esq. of the law firm of Brownstein Hyatt Farber Schreck, and

GORDON & SILVER, LTD.
ATTORNEYS AT LAW
NINTH FLOOR
3960 HOWARD HUGHES PKWY
LAS VEGAS, NEVADA 89169
(702) 796-5555

101729-001/574890.doc

Great American Insurance Company, by and through its counsel, Erika Pike Turner, Esq. of the law firm of Gordon & Silver, Ltd., and hereby stipulate and agree that Great American Insurance Company shall have an extension of time to file a responsive pleading to the Complaint up to and including May 19, 2008.

Dated this 19 day of May, 2008.

BROWNSTEIN HYATT FARBER SCHRECK

_/s/ Michael V. Infuso_

MICHAEL V. INFUSO
Nevada Bar No. 7388
100 City Parkway, Suite 1600
Las Vegas, NV 89106
Attorneys for Plaintiffs

Dated this 17th day of May, 2008

GORDON & SILVER, LTD.

_/s/ Erika Pike Turner_

ERIKA PIKE TURNER
Nevada Bar No. 6454
3960 Howard Hughes Pkwy., 9th Floor
Las Vegas, Nevada 89169
Attorneys for Defendants

IT IS SO ORDERED, nunc pro tunc, this 22nd day of May, 2008.

_/s/ Larry R. Hicks_

———————————————
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

Gordon & Silver, Ltd.
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

101729-001/574890.doc

2 of 2