BROWNSTEIN HYATT FARBER SCHRECK
100 City Parkway, Suite 1600
Las Vegas, Nevada 89106
(702) 382-2101

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS HEALTH AND WELFARE TRUST; TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS JOINT PENSION TRUST; TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS VACATION TRUST; AND TRUSTEES OF THE SOUTHERN NEVADA LABORERS LOCAL 872 TRAINING TRUST, <br><br>Plaintiffs, <br><br>vs. <br><br>PROJECT DEVELOPMENT GROUP, INC., a Pennsylvania corporation, and GREAT AMERICAN INSURANCE, <br><br>Defendants. | CASE NO. 2:08-cv-00448-LRH-PAL <br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME FOR PLAINTIFFS TO FILE OPPOSITION TO GREAT AMERICAN INSURANCE'S MOTION TO DISMISS <br><br>[First Request] |

Plaintiffs, Trustees of the Construction Industry and Laborers Health and Welfare Trust; Trustees of the Construction Industry and Laborers Joint Pension Trust; Trustees of the Construction Industry and Laborers Vacation Trust; and Trustees of the Southern Nevada Laborers Local 872 Training Trust (collectively referred to as "Laborers Joint

Trust Funds") and Defendant Great American Insurance ("Great American") by and through their counsel hereby stipulate and agree to the following:

WHEREAS, the due date for Laborers Joint Trust Funds to file their opposition to Great American's Motion to Dismiss Or, In the Alternative, For A More Definite Statement ("Motion") is currently June 6, 2008;

WHEREAS, the Laborers Joint Trust Funds' counsel needs additional time to prepare the Laborers Joint Trust Funds' opposition due to personal and professional commitments;

NOW, THEREFORE, the parties stipulate and request an order giving the Laborers Joint Trust Funds an additional four (4) days in which to file their opposition to Great American's Motion. This extension is not sought for an improper purpose or to delay.

///
///
///
///

Accordingly, the Laborers Joint Trust Funds shall have up and through June 10, 2008, in which to file their opposition to Great American's Motion.

DATED this 6th day of June, 2008.

BROWNSTEIN HYATT FARBER SCHRECK, LLP

/s/ Michael V. Infuso
Andrew S. Brignone, Esq.
Nevada Bar No. 751
Michael V. Infuso, Esq.
Nevada Bar No. 7388
100 City Parkway, Suite 1600
Las Vegas, Nevada 89106
Telephone: (702) 382-2101
Facsimile:   (702) 382-8135

Attorneys for Plaintiffs

**IT IS SO ORDERED.**

DATED this 6th day of June, 2008.

COHEN & GRIGSBY, P.C.

/s/ Nancy L. Heilman
Nancy L. Heilman, Esq.
Pennsylvania Bar No. 51121
11 Stanwix Street, 15th Floor
Pittsburg, PA 15222-1319
Telephone: (412) 297-4900
Facsimile: (412) 209-0672

Attorneys for Project Development Group

**ORDER**

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

DATED: June 10, 2008
Case No.: 2:08-cv-00448-LRH-PAL