UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS HEALTH AND WELFARE TRUST; TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS JOINT PENSION TRUST; TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS VACATION TRUST; AND TRUSTEES OF THE SOUTHERN NEVADA LABORERS LOCAL 872 TRAINING TRUST,<br><br>Plaintiffs,<br><br>vs.<br><br>PROJECT DEVELOPMENT GROUP, INC., a Pennsylvania corporation; and GREAT AMERICAN INSURANCE,<br><br>Defendants. | CASE NO. 2:08-cv-00448-LRL-PAL<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME**<br><br>**(FIRST REQUEST)** |

Defendant Project Development Group, Inc. ("PDG"), and Plaintiffs Trustees of the Construction Industry and Laborers Health and Welfare Trust; Trustees of the Construction Industry and Laborers Joint Pension Trust; Trustees of the Construction Industry and Laborers Vacation Trust; and Trustees of the Southern Nevada Laborers Local 872 Training Trust (collectively referred to as "Laborers Joint Trust Funds") by and through their counsel hereby stipulate and agree to the following:

WHEREAS, the due date for PDG to file its reply to Laborers Joint Trust Funds' Opposition to PDG's Motion to Dismiss ("Motion") is currently June 9, 2008;

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

101729-001/583779.doc

WHEREAS, PDG's counsel needs additional time to prepare PDG's reply due to personal and professional commitments;

NOW, THEREFORE, the parties stipulate and request an order giving the Laborers Joint Trust Funds an additional three (3) days in which to file its reply to the Laborers Joint Trust Funds' opposition. This extension is not sought for an improper purpose or to delay.

Accordingly, PDG shall have up to and through June 12, 2008, in which to file its reply to the Laborers Joint Trust Funds' opposition to the Motion.

DATED this 9th day of June, 2008.                    DATED this 9th day of June, 2008.

BROWNSTEIN HYATT FARBER                              COHEN & GRIGSBY, P.C.
SCHRECK, LLP


  /s/ Michael V. Infuso                                /s/ Nancy L. Heilman
Andrew S. Brignone, Esq.                             Nancy L. Heilman, Esq.
Nevada Bar No. 751                                   Pennsylvania Bar No. 51121
Michael V. Infuso, Esq.                              11 Stanwix Street, 15th Floor
Nevada Bar No. 7388                                  Pittsburg, PA 15222-1319
100 City Parkway, Suite 1600                         Telephone: (412) 297-4900
Las Vegas, Nevada 89106                              Facsimile: (412) 209-0672
Telephone: (702) 382-2101
Facsimile:   (702) 382-8135                          GORDON SILVER
                                                     Erika Pike Turner
Attorneys for Plaintiffs                             Nevada Bar No. 6454
                                                     3960 Howard Hughes Pkwy., 9th Floor
                                                     Las Vegas, Nevada 89169
                                                     (702) 796-5555

                                                     Attorneys for Project Development Group


                                                     ORDER  [signature]

IT IS SO ORDERED.

                                                     _____
                                                     LARRY R. HICKS
                                                     UNITED STATES DISTRICT JUDGE

                                                     DATED: June 11, 2008
                                                     Case No.: 2:08-cv-00448-LRH-PAL

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

101729-001/583779.doc